NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE DAVID BONNELL AND MARK STERIN

---

2011-1220
(Serial No. 10/152,509)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

BMC Software, Inc., the real party in interest, moves to dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__MAR 1 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Coe F. Miles, Esq.
Raymond T. Chen, Esq.

s21

Issued As A Mandate: __MAR 1 8 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2011

JAN HORBALY
CLERK